# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

### PRO SE SCHEDULING NOTIFICATION (NON - AGENCY CASE)

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE:<br>Saab v. Lebanese American University et al. | USCA DOCKET NUMBER:<br>26-897 | APPELLANT:<br>Yolande Saab |
| | DISTRICT:<br>Southern District New York | APPELLANT'S ADDRESS:<br>21west End Ave 4602 NY, NY, USA 10023 |
| | DISTRICT/AGENCY NUMBER:<br>25-cv-00692 | APPELLANT'S PHONE NUMBER:<br>(402) 612-3036 |

Pursuant to Local Rule 31.2(a)(1)(A), I request that my brief and appendix be accepted for filing no later than _____06/15/2026_____. This date is within 91 days of the later
(MM/DD/YYYY)
of (1) the receipt of the last transcript in my case or (2) when no transcript is ordered, the required filing date of my Form D-P with the Court.

I understand that if I fail to return this signed scheduling proposal as stated above, the Court will issue an order setting a 40-day deadline to file my brief. If I fail to file my brief, the case may be dismissed.

I also understand that in the absence of extraordinary circumstances, such as a personal illness or family death, the Court will not grant a motion to extend the time to file a brief. Local Rule 27.1.(f)(1).

_____
Signature of Appellant/Petitioner

April 20,2026
Date

**Yolande Saab**
Print Name

Rev. May, 2011